IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
JOAN SCHWAN, et al.,           )
                               )
     Plaintiff,                )    4:07CV3170
                               )
     v.                        )
                               )
CARGILL, INC.,                 )       ORDER
                               )
     Defendant.                )
```

The joint oral motion of the parties to extend the date for filing the Rule 26 report is granted. The parties are excused from reporting to the court in accordance with <u>Fed. R. Civ. P. 26(f)</u> until further order.

Dated August 29, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge