IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN SCHWAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 4:07CV3170 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

The motion of Patrick B. Griffin, Brian C. Buescher, and Kutak Rock LLP to withdraw as counsel of record for defendant Cargill, filing 12, is granted.

Dated October 1, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge