```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

JOAN SCHWAN, et al.,           )
                               )
            Plaintiffs,        )
                               )          4:07CV3170
       v.                      )
                               )       MEMORANDUM AND ORDER
CARGILL  INCORPORATED,         )
                               )
            Defendant.         )
                               )
```

Now that the court has resolved the motion to dismiss (see filing 23), it is appropriate to schedule this case.

IT THEREFORE HEREBY IS ORDERED,

The parties shall meet and confer and file their Rule 26(f) Planning Report on or before February 1, 2008.

DATED January 8, 2008.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge