IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
LINCOLN DIVISION

| | | |
|---|---|---|
| JOAN SCHWAN, et al., | ) | 4:07-CV-3170 |
| | ) | |
| Plaintiffs, | ) | Kopf, J. |
| | ) | |
| vs. | ) | Piester, M.J |
| | ) | |
| CARGILL, INCORPORATED, | ) | ORDER REGARDING |
| | ) | FILING No. 41 |
| Defendant. | ) | |

Considering the plaintiffs' and defendant Cargill, Incorporated's agreed motion to modify certain dates in the initial progression order (Filing No. 30) and in the *Lone Pine* Case Management Order (Filing No. 29), and the file showing that the motion was filed before the original time for the service of the materials covered by this order,

IT IS ORDERED that plaintiffs are granted until on or before July 2, 2008 to serve the materials required under the *Lone Pine* Case Management Order with the exception of the materials regarding the plaintiffs' medical conditions, which shall be served on or before August 1, 2008.  On or before August 1, 2008, all personal injury and "decedent" plaintiffs shall also serve or have served the identification, to the best of their ability after good faith efforts, of all medical providers (e. g., doctors, hospitals, clinics, other facilities) from whom they have received any care or treatment at any time for any illness, condition or injury, including the provider name, provider address and date(s) of treatment.

Dated this 13th day of May, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge