```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

JOAN SCHWAN, et al.,            )
                                )
              Plaintiffs,       )
                                )        4:07CV3170
        v.                      )
                                )           ORDER
CARGILL, INCORPORATED,          )
                                )
              Defendant.        )
                                )

IT IS ORDERED:

The court's memorandum and order filed earlier this date, filing 62, is amended to add the following paragraph:

Plaintiffs are given until August 27, 2008 to respond to Cargill's pending motion for summary judgment. Cargill is given ten days following the filing of the response in which to file its reply.

DATED August 5, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge