IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN SCHWAN, et al., | ) | 4:07CV3170 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CARGILL INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the motion filed by Sherman P. Willis (filing 100) to withdraw as counsel of record for the defendant, Cargill Incorporated, is granted.

January 4, 2010.                                    BY THE COURT:

                                                    *Richard G. Kopf*
                                                    United States District Judge