IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN SCHWAN, et al., | ) | 4:07CV3170 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CARGILL INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the motion filed by Jim R. Ross (filing 105) to withdraw as counsel of record for the plaintiffs is granted.

March 3, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge